UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-14035-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DENNIS BIRDSALL,

  Defendant.

_____/

## UNITED STATES' NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, pursuant to 18 U.S.C. §3742(b), and 28 U.S.C. § 1291, appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on November 18, 2019 (DE 139).

              Respectfully submitted,

              ARIANA FAJARDO ORSHAN
              UNITED STATES ATTORNEY

       BY: /s/ Michael D. Porter
          Michael D. Porter
          Assistant United States Attorney
          Florida Bar #0031149
          101 South U.S. Highway 1
          Suite 3100
          Fort Pierce, Florida 34950
          Telephone: (772) 293-0950
          michael.porter2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/   Michael D. Porter
Michael D. Porter
Assistant United States Attorney